TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Loai Joker,<br><br>       Petitioner,<br><br>     v.<br><br>Pamela Bondi, *et al.*,<br><br>       Respondents. | Case No. 2:26-cv-00414-JAD-MDC<br><br>**Stipulation Regarding Briefing Schedule for Amended Petition for Writ of Habeas Corpus**<br><br>**(Second Request)**<br><br>[ECF No. 12] |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), Petitioner Loai Joker, and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke, and Todd Lyons, through respective undersigned counsel, have conferred and stipulated to a five-day extension of Federal Respondents' deadline to file a response to Petitioner's Amended Petition, and an accompanying five-day extension of Petitioner's deadline to file a reply in support of his Amended Petition. This extension is necessary because the AUSA assigned to this case is out of the office.

The current deadline for Federal Respondents to file their response to Petitioner's Amended Petition is April 8, 2026, and the current deadline for Petitioner to file his reply in support of his Amended Petition is April 15, 2026. ECF No. 8. If the Court grants this stipulation, the new deadline for Federal Respondents to file their response to Petitioner's Amended Petition will be **April 13, 2026**, and the new deadline for Petitioner to file his

reply in support of his Amended Petition will be **April 20, 2026**. The parties submit that this schedule will allow sufficient time for Federal Respondents to complete their review of and response to Petitioner's Amended Petition, and for Petitioner to prepare an appropriate reply.

This is the second request for an extension of time of the briefing schedule. *See* ECF No. 7. This request for an extension of time is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 8th day of April 2026.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Christian Lassiter*
CHRISTIAN LASSITER
Assistant Federal Public Defender

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**ORDER**

With good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to extend time [ECF No. 12] is GRANTED.  The response to the petition is now due on April 13, 2026, and the reply is due April 20, 2026.

_____
**U.S. District Judge Jennifer A. Dorsey**

**DATED:**  April 8, 2026

2