Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Loai Joker

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Loai Joker,

    Petitioner,

    v.

Blanche, *et al.*,

    Respondents.

Case No. 2:26-cv-00414-JAD-MDC

**Stipulation to Extend Time to File Reply to Respondent's Response**

2

Petitioner Loai Joker and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file a reply to the Respondents' response to Mr. Joker's amended petition for a writ of habeas corpus, moving the deadline to April 24, 2026.

This extension is warranted because counsel for Mr. Joker, Assistant Federal Public Defender Christian Bryan Lassiter has been away from the office on case-related travel and investigation. As a result, undersigned counsel is requesting this final extension in pursuit of fully replying to the Respondents on Mr. Joker's behalf.

Currently, the reply is due today, April 20, 2026. This is the final stipulation for an extension of time. This final extension would allow undersigned counsel to file the reply to the Respondents' response.

On April 20, 2026, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros. AUSA Botros agreed to this amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Joker to file a reply to April 24, 2026.

Respectfully submitted this 20th day of April, 2026.

TODD BLANCHE
Deputy Attorney General of the United
States

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer Botros*
Tamer Botros
Assistant United States Attorney

/s/ *Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time [ECF No. 17] is GRANTED. The reply in support of the petition is due on April 24, 2026.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 21, 2026_____

4